# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3746
LT Case No. 16-2008-CF-003055-A

———————————————

YVELAN PIERRE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

3.850 Appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Yvelan Pierre, Punta Gorda, pro se.

No Appearance for Appellee.

March 19, 2026

PER CURIAM.

   AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____